The following constitutes
the order of the court. Signed February 09, 2010

_Marilyn Morgan_
**Marilyn Morgan
U.S. Bankruptcy Judge**

___

1  JAMES A. TIEMSTRA (Bar No. 96203)
   LISA LENHERR (Bar No. 258091)
2  LAW OFFICES OF JAMES A. TIEMSTRA
   Tribune Tower
3  409 Thirteenth Street, 15th Floor
   Oakland, CA  94612
4  Telephone No.: (510) 987-8000
   Facsimile No.: (510) 987-8001
5  E-mail: jat@tiemlaw.com

6  Attorneys for Defendant
   CAPITAL ALLIANCE INSTITUTIONAL
7  MORTGAGE FUND, LLC, formerly known as
   CALLIANCE REALTY FUND, LLC,
8  a California limited liability company

9             UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 08-52709 MM |
| CEDAR FUNDING, INC., | Chapter 11 |
| Debtor. | |
| BRUCE WEINGARTEN, LINDA MILLER, JIM MILLER, BERT BAUMER, CHARLES R. SMITH, JR.; ISABELLE C. SMITH, CHRISTINE J. GARGO, LISA PONZIO, MAL BON BAUERSCHMIDT, SELENE OLMS, on behalf of themselves and others commonly situated, | Adversary Proceeding No. 08-05295 <br><br> ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE FUND |
| Plaintiffs, | Date:    January 21, 2010 <br> Time:   1:00 p.m. <br> Place:   Courtroom 3070 <br>          280 South First Street <br>          San Jose, California 95113 <br> Judge:  Honorable Marilyn Morgan |
| v. | |
| CAPITAL ALLIANCE ADVISORS, INC., LOANCARE, an entity of unknown origin, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE FUND, LLC, formerly known as CALLIANCE REALTY FUND, LLC, and DENNIS R. KONCZAL, | |
| Defendants. | |

| | |
|---|---|
| 1 | This cause came on regularly for hearing on January 21, 2010, before the Honorable Marilyn Morgan, United States Bankruptcy Judge, at her Courtroom No. 3070, U.S. Bankruptcy Court, 280 South First Street, San Jose, California 95113, on the Motion for Summary Judgment (the "Motion"), filed herein by Capital Alliance Institutional Mortgage Fund, LLC, formerly known as Calliance Realty Fund, LLC (hereinafter "Capital Alliance"), on December 24, 2009. The Court, having reviewed all of the papers filed in connection with the Motion, having heard the arguments and representations of counsel for the parties hereto, having reviewed all the exhibits, having stated its Findings of Fact and Conclusions of law orally on the record pursuant to Bankruptcy Rule 7052; being fully advised thereby and good cause appearing therefor, |

IT IS HEREBY ORDERED that the Motion be, and the same is hereby, granted; and

IT IS FURTHER ORDERED the entry of judgment in favor of Capital Alliance and against the Plaintiffs and the Chapter 11 Trustee be entered forthwith.

** END OF ORDER **

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | ATTORNEYS FOR PLAINTIFFS:<br>Larry J. Lichtenegger |
| 3 | Vincent C. Catania<br>3850 Rio Rd. #58 |
| 4 | Carmel, CA 93923 |
| 5 | ATTORNEYS FOR TRUSTEE, R. TODD NEILSON, PLAINTIFF IN INTERVENTION:<br>Cecily A. Dumas |
| 6 | Stefanie A. Elkins<br>Friedman Dumas & Springwater |
| 7 | 150 Spear Street, Suite 1600<br>San Francisco, CA 94105 |
| 8 | |
| 9 | ATTORNEYS FOR DEFENDANT CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE<br>FUND, LLC, formerly known as CALLIANCE REALTY FUND, LLC:<br>James A. Tiemstra |
| 10 | Lisa Lenherr<br>Law Offices of James A. Tiemstra |
| 11 | Tribune Tower<br>409 Thirteenth Street, 15th Floor |
| 12 | Oakland, CA 94612 |
| 13 | ATTORNEYS FOR OFFICIAL CREDITORS COMMITTEE:<br>Aron M. Oliner |
| 14 | Duane Morris LLP<br>One Market Plaza |
| 15 | Spear Tower, Suite 2000<br>San Francisco, CA 94105 |