Entered on Docket
February 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 09, 2010

Marilyn Morgan
U.S. Bankruptcy Judge

JAMES A. TIEMSTRA (Bar No. 96203)
LISA LENHERR (Bar No. 258091)
LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612
Telephone No.: (510) 987-8000
Facsimile No.: (510) 987-8001
E-mail: jat@tiemlaw.com

Attorneys for Defendant
CAPITAL ALLIANCE INSTITUTIONAL
MORTGAGE FUND, LLC, formerly known as
CALLIANCE REALTY FUND, LLC,
a California limited liability company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CEDAR FUNDING, INC.,<br><br>Debtor. | Case No. 08-52709 MM<br><br>Chapter 11 |
| BRUCE WEINGARTEN, LINDA MILLER, JIM MILLER, BERT BAUMER, CHARLES R. SMITH, JR.; ISABELLE C. SMITH, CHRISTINE J. GARGO, LISA PONZIO, MAL BON BAUERSCHMIDT, SELENE OLMS, on behalf of themselves and others commonly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ALLIANCE ADVISORS, INC., LOANCARE, an entity of unknown origin, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE FUND, LLC, formerly known as CALLIANCE REALTY FUND, LLC, and DENNIS R. KONCZAL,<br><br>Defendants. | Adversary Proceeding No. 08-05295<br><br>JUDGMENT |

Upon the entry of the Order Granting Motion for Summary Judgment and Directing Entry of Judgment in Favor of Capital Alliance Institutional Mortgage Fund:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, plaintiffs Bruce Weingarten, Linda Miller, Jim Miller, Bert Baumer, Charles R. Smith, Jr., Isabelle C. Smith, Christine J. Gargo, Lisa Ponzio, Mal Bon Bauerschmidt, Selene Olms (the "Plaintiffs"), and Plaintiff-in-Intervention R. Todd Nielson, the Chapter 7 Trustee of the Cedar Funding, Inc. Estate (the "Plaintiff-in-Intervention"), shall each take nothing by way of the Complaint herein; and

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, defendant Capital Alliance Institutional Mortgage Fund, LLP, is hereby awarded its costs against the Plaintiffs and the Plaintiff-in-Intervention.

** END OF ORDER**

COURT SERVICE LIST

ATTORNEYS FOR PLAINTIFFS:
Larry J. Lichtenegger
Vincent C. Catania
3850 Rio Rd. #58
Carmel, CA 93923

ATTORNEYS FOR TRUSTEE, R. TODD NEILSON, PLAINTIFF IN INTERVENTION:
Cecily A. Dumas
Stefanie A. Elkins
Friedman Dumas & Springwater
150 Spear Street, Suite1600
San Francisco, CA 94105

ATTORNEYS FOR DEFENDANT CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE FUND, LLC, formerly known as CALLIANCE REALTY FUND, LLC:
James A. Tiemstra
Lisa Lenherr
Law Offices of James A. Tiemstra
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612

ATTORNEYS FOR OFFICIAL CREDITORS COMMITTEE:
Aron M. Oliner
Duane Morris LLP
One Market Plaza
Spear Tower, Suite 2000
San Francisco, CA 94105